UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUHAMMAD KHAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>- v. -<br><br>LOCKHEED MARTIN CORPORATION, JAMES D. TAICLET, EVAN T. SCOTT, and JESUS MALAVE,<br><br>                              Defendants. | Case No. 1:25-cv-06197-MMG<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE THAT the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for defendants Lockheed Martin Corporation, James D. Taiclet, Evan T. Scott, and Jesus Malave.

Dated:  August 13, 2025
New York, New York

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:  */s/ Daniel J. Kramer*
Daniel J. Kramer
1285 Avenue of the Americas
New York, NY  10019-6064
Phone:  (212) 373-3000
dkramer@paulweiss.com

*Attorney for Lockheed Martin Corporation, James D. Taiclet, Evan T. Scott, and Jesus Malave*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on August 13, 2025, a copy of the foregoing **Notice of Appearance of Daniel J. Kramer** was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

By:  <u>*/s/ Daniel J. Kramer*</u>
Daniel J. Kramer
1285 Avenue of the Americas
New York, NY  10019-6064
Phone:  (212) 373-3000
dkramer@paulweiss.com

*Attorney for Lockheed Martin Corporation, James D. Taiclet, Evan T. Scott, and Jesus Malave*

2