**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MUHAMMAD KHAN, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  - v. -<br><br>LOCKHEED MARTIN CORPORATION, JAMES D. TAICLET, EVAN T. SCOTT, and JESUS MALAVE,<br><br>        Defendants. | Case No. 1:25-cv-06197-MMG<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE THAT the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for defendants Lockheed Martin Corporation, James D. Taiclet, Evan T. Scott, and Jesus Malave.

Dated: August 13, 2025
New York, New York

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ Audra J. Soloway*
Audra J. Soloway
1285 Avenue of the Americas
New York, NY  10019-6064
Phone:  (212) 373-3000
asoloway@paulweiss.com

*Attorney for Lockheed Martin Corporation, James D. Taiclet, Evan T. Scott, and Jesus Malave*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 13, 2025, a copy of the foregoing **Notice of Appearance of Audra J. Soloway** was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

By:  */s/ Audra J. Soloway*
Audra J. Soloway
1285 Avenue of the Americas
New York, NY  10019-6064
Phone:  (212) 373-3000
asoloway@paulweiss.com

*Attorney for Lockheed Martin Corporation,
James D. Taiclet, Evan T. Scott, and Jesus
Malave*
