**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MUHAMMAD KHAN, Individually and on
Behalf of All Others Similarly Situated,

Plaintiff,

- v. -

LOCKHEED MARTIN CORPORATION,
JAMES D. TAICLET, EVAN T. SCOTT, and
JESUS MALAVE,

Defendants.

Case No. 1:25-cv-06197-MMG

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT the undersigned, of the law firm Paul, Weiss,
Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for
defendants Lockheed Martin Corporation, James D. Taiclet, Evan T. Scott, and Jesus Malave.

Dated:   August 13, 2025
New York, New York

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By:  */s/ Daniel S. Sinnreich*
Daniel S. Sinnreich
1285 Avenue of the Americas
New York, NY  10019-6064
Phone:  (212) 373-3000
dsinnreich@paulweiss.com

*Attorney for Lockheed Martin Corporation,*
*James D. Taiclet, Evan T. Scott, and Jesus*
*Malave*

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 13, 2025, a copy of the foregoing **Notice of Appearance of Daniel S. Sinnreich** was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

By:  _/s/ Daniel S. Sinnreich_
Daniel S. Sinnreich
1285 Avenue of the Americas
New York, NY  10019-6064
Phone:  (212) 373-3000
dsinnreich@paulweiss.com

*Attorney for Lockheed Martin Corporation, James D. Taiclet, Evan T. Scott, and Jesus Malave*