# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Daniel J. Kramer**
**Direct Dial:** +1 212 373 3020
**Email:** dkramer@paulweiss.com

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, D.C.
Wilmington

August 13, 2025

Via ECF

Hon. Margaret M. Garnett, U.S.D.J.
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 906
New York, New York 10007

Re:   *Khan* v. *Lockheed Martin Corp., et al.*,
      1:25-cv-06197-MMG

Dear Judge Garnett:

      In accordance with Your Honor's Individual Rules & Practices I(B)(5) and Local Civil Rule 7.1(e), we write on behalf of our clients, Defendants Lockheed Martin Corporation, James D. Taiclet, Evan T. Scott, and Jesus Malave (collectively, "Defendants"), and with the consent of counsel for Plaintiff Muhammad Khan ("Plaintiff," together with Defendants, the "Parties"), to jointly request entry of an Order providing that Defendants shall not be required to respond to the complaint filed in this action on July 28, 2025 (the "Initial Complaint"; ECF No. 1) and adjourning the Initial Pretrial Conference scheduled for September 11, 2025, and associated deadlines (*see* ECF No. 5), as described below.

      This action is a putative class action alleging claims under the federal securities laws against Defendants and is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), which sets forth a procedure for the appointment of a Lead Plaintiff. Pursuant to the PSLRA, any member of the putative class may move for appointment as Lead Plaintiff within 60 days of notice of that action being published. *See* 15 U.S.C. § 78u-4(a)(3)(A). Plaintiff published notice of this action on July 28, 2025, notifying purported class members that any motion seeking appointment as Lead Plaintiff must be filed by September 26, 2025. The Parties anticipate that, once a Lead Plaintiff is appointed, the Lead Plaintiff will seek to file an amended and/or consolidated complaint, which will become the operative complaint in the action and supersede the Initial Complaint. The PSLRA also provides that "discovery and other proceedings shall be stayed during the pendency of any motion to dismiss." 15 U.S.C. § 78u-4(b)(3)(B).

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP                                                                                              2

Defendant Lockheed Martin Corporation was served with the Initial Complaint on August 1, 2025, and its response is currently due August 22, 2025. The remaining Defendants have not yet been served or waived service in this action and therefore no response to the Initial Complaint is currently due for those Defendants. Undersigned counsel for Defendants has agreed to accept service of the Initial Complaint on behalf of Messrs. Taiclet, Scott, and Malave, without prejudice and without waiver of any of the Defendants' defenses, objections, or arguments, except as to sufficiency of service of process, provided that the time to respond to the Initial Complaint for all Defendants is deferred as set forth below.

In the interest of efficiency and conservation of resources, the Parties have agreed and jointly request that (i) the Initial Complaint shall be deemed served upon all Defendants; (ii) Defendants shall not be required to answer or otherwise respond to the Initial Complaint; and (iii) within fourteen (14) days after the Court's entry of an order appointing Lead Plaintiff, counsel for Lead Plaintiff and counsel for Defendants will confer regarding scheduling and submit a proposed schedule for filing an amended and/or consolidated complaint, Defendants' response to the same (including any motion(s) to dismiss), and all associated briefing.

In addition, on July 30, 2025, the Court issued an Order scheduling an Initial Pretrial Conference for September 11, 2025 at 9:30 A.M. *See* ECF No. 5 ("Notice of Initial Pretrial Conference"). The Notice of Initial Pretrial Conference requires the Parties to file a joint letter, including a proposed Civil Case Management Plan and Scheduling Order, by September 4, 2025. In light of the Lead Plaintiff selection process and discovery stay provided by the PSLRA, the Parties respectfully request that the Initial Pretrial Conference and deadline for the joint letter be adjourned until after a Lead Plaintiff is appointed and any motion(s) to dismiss are resolved.

The Court granted substantially similar requests in other recent securities cases governed by the PSLRA, including *Nixon* v. *CVS Health Corp. et al.*, No. 1:24-cv-05303-MMG, ECF No. 12 (Aug. 23, 2024); and *Hoare* v. *Oddity Tech Ltd. et al.*, No. 1:24-cv-06571-MMG, ECF No. 28 (Oct. 21, 2024).

No requests for an extension of time or an adjournment have previously been made and the requests in this motion do not affect any other scheduled dates in this action.

We appreciate the Court's consideration and are available at the Court's convenience should Your Honor wish to discuss.

|  |  |
|---|---|
| **GLANCY PRONGAY & MURRAY LLP** | Respectfully submitted,<br><br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| */s/ Rebecca Dawson*<br>Rebecca Dawson<br>230 Park Ave, Suite 358<br>New York, New York 10169<br>Tel: (213) 521-8007<br>Fax: (212) 884-0988<br>rdawson@glancylaw.com<br><br>Robert V. Prongay<br>Charles H. Linehan<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Tel: (310) 201-9150<br>Fax: (310) 201-9160<br><br>**THE LAW OFFICES OF FRANK R. CRUZ**<br>Frank R. Cruz<br>2121 Avenue of the Stars, Suite 800<br>Century City, CA 90067<br>Tel: (310) 914-5007<br><br>*Counsel for Plaintiff* | */s/ Daniel J. Kramer*<br>Daniel J. Kramer<br>Audra J. Soloway<br>Daniel S. Sinnreich<br>1285 Avenue of the Americas<br>New York, NY  10019-6064<br>Tel: (212) 373-3020<br>Fax: (212) 492-0020<br>dkramer@paulweiss.com<br>asoloway@paulweiss.com<br>dsinnreich@paulweiss.com<br><br>*Counsel for Defendants* |