**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MUHAMMAD KHAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> LOCKHEED MARTIN CORPORATION, JAMES D. TAICLET, EVAN T. SCOTT, and JESUS MALAVE, <br><br> Defendants. | Case No.: 1:25-cv-06197-MMG <br><br> Hon. Margaret M. Garnett |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF ALEJANDRO VEGA'S**
**MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND**
**APPROVAL OF SELECTION OF COUNSEL**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Alejandro Vega ("Movant") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:      PSLRA Certification signed by Movant attesting to his transactions of Lockheed Martin Corporation ("Lockheed Martin" or the "Company") securities;

**Exhibit B**:      Loss Chart reflecting the losses incurred by Movant as a result of his transactions in Lockheed Martin securities;

**Exhibit C**:    Press Release published July 28, 2025, on *Business Wire,* announcing the

pendency of the securities class action against defendants herein: *Khan v.*

*Lockheed Martin Corporation, et. al.,* Case No. 1:25-cv-06197-MMG;

**Exhibit D**:    Declaration signed by Movant in support of his lead plaintiff motion; and

**Exhibit E**:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.


Dated: September 26, 2025                              Respectfully Submitted,


                                                      **LEVI & KORSINSKY, LLP**

                                                      By: */s/ Adam M. Apton*
                                                      Adam M. Apton (AS-8383)
                                                      33 Whitehall Street, 27th Floor
                                                      New York, NY 10004
                                                      Tel: (212) 363-7500
                                                      Fax: (212) 363-7171
                                                      Email: aapton@zlk.com

                                                      *Lead Counsel for Alejandro Vega and*
                                                      *[Proposed] Lead Counsel for the Class*