# EXHIBIT B

| Client Name | Alejandro Vega |
|---|---|
| **Company Name** | Lockheed Martin Corporation |
| **Ticker Symbol** | LMT |
| **Security Type** | |
| **Class Period Start** | 1/23/2024 |
| **Class Period End** | 7/21/2025 |
| **90-DAY Lookback Period Start** | 7/22/2025 |
| **90-DAY Lookback Period End** | 9/26/2025 |
| **90-DAY Lookback Average** | $ 448.33 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| **LIFO Loss Total** | $ 14,878.04 |
| **DURA LIFO* Total** | $ 14,878.04 |
| **Gross Shares Purchased** | 109.213 |
| **Net Shares Retained** | 109.213 |
| **Net Funds Expended** | $ 63,841.23 |

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO*** |
| 10-01-2024 | 100 | 592.3 | $ 59,230.00 | | | | | | - | 100 | 100 | $ 448.33 | $ 44,832.75 | $ 14,397.25 | $ 14,397.25 |
| 10-04-2024 | 0.5 | 601.43 | $ 300.72 | | | | | | - | 0.5 | 0.5 | $ 448.33 | $ 224.16 | $ 76.55 | $ 76.55 |
| 10-04-2024 | 1 | 601.38 | $ 601.38 | | | | | | - | 1 | 1 | $ 448.33 | $ 448.33 | $ 153.05 | $ 153.05 |
| 11-15-2024 | 0.848 | 534.3 | $ 453.09 | | | | | | - | 0.848 | 0.848 | $ 448.33 | $ 380.18 | $ 72.90 | $ 72.90 |
| 11-15-2024 | 1 | 534.22 | $ 534.22 | | | | | | - | 1 | 1 | $ 448.33 | $ 448.33 | $ 85.89 | $ 85.89 |
| 12-27-2024 | 0.695 | 490.63 | $ 340.99 | | | | | | - | 0.695 | 0.695 | $ 448.33 | $ 311.59 | $ 29.40 | $ 29.40 |
| 03-06-2025 | 2 | 458.59 | $ 917.18 | | | | | | - | 2 | 2 | $ 448.33 | $ 896.66 | $ 20.53 | $ 20.53 |
| 03-28-2025 | 0.773 | 444.05 | $ 343.25 | | | | | | - | 0.773 | 0.773 | $ 448.33 | $ 346.56 | -$ 03.31 | -$ 03.31 |
| 05-12-2025 | 0.62 | 470.89 | $ 291.95 | | | | | | - | 0.62 | 0.62 | $ 448.33 | $ 277.96 | $ 13.99 | $ 13.99 |
| 05-12-2025 | 1 | 470.6 | $ 470.60 | | | | | | - | 1 | 1 | $ 448.33 | $ 448.33 | $ 22.27 | $ 22.27 |
| 06-27-2025 | 0.777 | 460.56 | $ 357.86 | | | | | | - | 0.777 | 0.777 | $ 448.33 | $ 348.35 | $ 09.50 | $ 09.50 |
| **Total:** | **109.213** | | **$ 63,841.23** | | | | | | | **109.213** | **109.213** | | **$ 48,963.19** | **$ 14,878.04** | **$ 14,878.04** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.