# EXHIBIT C

Case 1:25-cv-06197-MMG    Document 14-3     Filed 09/26/25     Page 2 of 8

Jul 28, 2025 5:39 PM Eastern Daylight Time

# LMT CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit On Behalf Of Lockheed Martin Corporation Investors

Share  

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM"), announces that it has filed a class action lawsuit in the United States District Court for the Southern District of New York, captioned *Khan v. Lockheed Martin Corporation, et al.,* Case No. 1:25-cv-06197, on behalf of persons and entities that purchased or otherwise acquired Lockheed Martin Corporation ("Lockheed Martin" or the "Company") (NYSE: LMT) securities between **January 23, 2024 and July 21, 2025**, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

**IF YOU SUFFERED A LOSS ON YOUR LOCKHEED MARTIN INVESTMENTS, CLICK HERE TO INQUIRE ABOUT POTENTIALLY PURSUING CLAIMS TO RECOVER YOUR LOSS UNDER THE FEDERAL SECURITIES LAWS.**

**What Happened?**

On October 22, 2024, before the market opened, Lockheed Martin announced it was forced to recognize losses of $80 million on a classified program at the Company's Aeronautics business segment "due to higher than anticipated costs to achieve program objectives." The Company also announced it had recognized a reach-forward loss in its Rotary and Mission Systems segment "as a result of additional quantity ordering risk identified on fixed-price options."

7/30/25, 11:11 AM    LMT CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit on behalf of Lockheed Martin Cor…

Case 1:25-cv-06197-MMG    Document 14-3    Filed 09/26/25    Page 3 of 8

On this news, the Company's share price fell $37.63 or 6.12% to close at $576.98 on October 22, 2024, on unusually heavy trading volume.

Then, on January 28, 2025, before the market opened, Lockheed Martin announced it was forced to record pre-tax losses of $1.7 billion associated with classified programs at its Aeronautics and Missiles and Fire Control business. The Company explained "as a result of performance trends" and "in contemplation of near-term program milestones," it had "performed a comprehensive review of the program requirements, technical complexities, schedule, and risks" based on which it recognized $555 million of losses in its Aeronautics program. The Company further reported additional losses of approximately $1.3 billion in its Missiles and Fire Control business due to, among other things, the "future requirements of the program, discussions with the customer and suppliers." As a result, the Company's net earnings in 2024 were $5.3 billion, or $22.31 per share, compared to $6.9 billion, or $27.55 per share, in 2023.

On this news, the Company's share price fell $46.24 or 9.2% to close at $457.45 on January 28, 2025 on unusually heavy trading volume.

Then, on July 22, 2025, before the market opened, Lockheed Martin disclosed it was forced to record an additional $1.6 billion in pre-tax losses on classified programs, including $950 million in losses related to its Aeronautics Classified program due to "design, integration, and test challenges, as well as other performance issues." The Company also recorded $570 million in losses on its Canadian Maritime Helicopter Program due in part to providing "additional mission capabilities, enhanced logistical support, fleet life extension, and revised expectations regarding flight hours." The Company further recorded a $95 million charge related to its Turkish Utility Helicopter Program due to the "current status of the program." As a result, the Company reported sharply lower net earnings of $342 million, or $1.46 per share, including $1.6 billion of program losses and $169 million of other charges.

On this news, the Company's share price fell $49.79 or 10.8%, to close at $410.74 on July 22, 2025, on unusually heavy trading volume.

**What Is The Lawsuit About?**

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that Lockheed

7/30/25, 11:11 AM    LMT CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit On Behalf Of Lockheed Martin Cor…

Case 1:25-cv-06197-MMG    Document 14-3    Filed 09/26/25    Page 4 of 8

Martin lacked effective internal controls regarding its purportedly risk adjusted contracts including the reporting of its risk adjusted profit booking rate; (2) that Lockheed Martin lacked effective procedures to perform reasonably accurate comprehensive reviews of program requirements, technical complexities, schedule, and risks; (3) that Lockheed Martin overstated its ability to deliver on its contract commitments in terms of cost, quality and schedule; (4) that, as a result, the Company was reasonably likely to report significant losses; and (5) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

If you purchased or otherwise acquired Lockheed Martin securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff.

**Contact Us To Participate or Learn More:**

If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact us:

Charles Linehan, Esq.,
Glancy Prongay & Murray LLP,
1925 Century Park East, Suite 2100,
Los Angeles California 90067
Email: shareholders@glancylaw.com
Telephone: 310-201-9150,
Toll-Free: 888-773-9224
Visit our website at www.glancylaw.com.
Follow us for updates on LinkedIn, Twitter, or Facebook.

If you inquire by email, please include your mailing address, telephone number and number of shares purchased.

To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

7/30/25, 11:11 AM    LMT CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit On Behalf Of Lockheed Martin Cor…

Case 1:25-cv-06197-MMG    Document 14-3    Filed 09/26/25    Page 5 of 8

## Contacts

**Contact Us:**

Glancy Prongay & Murray LLP,

1925 Century Park East, Suite 2100

Los Angeles, CA 90067

**Charles Linehan**

Email: shareholders@glancylaw.com

Telephone: 310-201-9150

Toll-Free: 888-773-9224

Visit our website at: www.glancylaw.com.

**Industry:**        Class Action Lawsuit     Professional Services     Legal



## GLANCY PRONGAY & MURRAY LLP

⬈ NYSE:LMT

## RELEASE VERSIONS

English

## CONTACTS

**Contact Us:**

Glancy Prongay & Murray LLP,

1925 Century Park East, Suite 2100

Los Angeles, CA 90067

7/30/25, 11:11 AM    LMT CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit on Behalf Of Lockheed Martin Cor…

Case 1:25-cv-06197-MMG    Document 14-3    Filed 09/26/25    Page 6 of 8

**Charles Linehan**

Email: shareholders@glancylaw.com

Telephone: 310-201-9150

Toll-Free: 888-773-9224

Visit our website at: www.glancylaw.com.

# More News From Glancy Prongay & Murray LLP

🔊 Get RSS Feed

## Glancy Prongay & Murray LLP, a Leading Securities Fraud Law Firm Encourages Easterly ROCMuni High Income Municipal Bond Fund (RMHIX, RMHVX, RMJAX) Investors To Inquire About Securities Fraud Class Action

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP, a leading national shareholder rights law firm, announces that a securities fraud class action lawsuit has been filed on behalf of investors who purchased or otherwise acquired Easterly ROCMuni High Income…

## Securities Fraud Investigation Into Charter Communications, Inc. (CHTR) Announced – Investors Who Lost Money Urged To Contact Glancy Prongay & Murray LLP, a Leading Securities Fraud Law Firm

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP, a leading national shareholder rights law firm, today announced that it has commenced an investigation on behalf of Charter Communications, Inc. ("Charter" or the "Company") (NASDAQ: CHTR) investors…

## Securities Fraud Investigation Into Molina Healthcare, Inc. (MOH) Announced – Investors Who Lost Money Urged To Contact Glancy Prongay & Murray LLP, a Leading Securities Fraud Law Firm

Case 1:25-cv-06197-MMG    Document 14-3    Filed 09/26/25    Page 7 of 8

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP, a leading national shareholder rights law firm, today announced that it has commenced an investigation on behalf of Molina Healthcare, Inc. ("Molina" or the "Company") (NYSE: MOH) investors concerning the...

Back to Newsroom →

# Wish your news had this kind of reach?

Sign Up     →

Learn About Business Wire     →



## Company

About Business Wire

Careers

Media Center

## Services

News Release Distribution

News Release Optimization

Investor Communications

Reporting & Analytics

## Solutions

7/30/25, 11:11 AM
LMT CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit On Behalf Of Lockheed Martin Cor…

Case 1:25-cv-06197-MMG   Document 14-3   Filed 09/26/25   Page 8 of 8

PR Professionals

IR Professionals

Agencies

Public Companies

Explore by Industry

**Newsroom**

Industries

Subjects

Languages

**Resources**

**Blog**

**For Journalists**

**Sign Up**



© 2025 Business Wire, Inc.

Privacy Policy      Cookie Policy      Copyright      Accessibility Statement      Terms of Use

