**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MUHAMMAD KHAN, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>LOCKHEED MARTIN CORPORATION, JAMES D. TAICLET, EVAN T. SCOTT, and JESUS MALAVE,<br><br>     Defendants. | No. 1:25-cv-06197-MMG<br><br>Judge Margaret M. Garnett<br><br><u>CLASS ACTION</u> |

**DECLARATION OF FRANCIS P. MCCONVILLE IN SUPPORT OF THE MOTION OF THE PENSION FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

I, Francis P. McConville, declare as follows:

I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a Partner at the law firm of Labaton Keller Sucharow LLP ("Labaton"), proposed Lead Counsel for the Class.  I submit this declaration in support of the motion filed by proposed Lead Plaintiff, Local 705 International Brotherhood of Teamsters Pension Fund and New England Teamsters Pension Fund (collectively the "Pension Funds"), for the entry of an Order: (i) appointing the Pension Funds as Lead Plaintiff in the above-captioned Action; (ii) approving the Pension Funds' selection of Labaton as Lead Counsel for the Class in the Action; and (iii) granting such other and further relief as the Court may deem just and proper.

Attached as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A:   Signed Certifications of the Pension Funds, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:   Loss Chart identifying the Pension Funds' transactions in Lockheed Martin Corporation securities during the Class Period;

EXHIBIT C:   Joint Declaration of the Pension Funds;

EXHIBIT D:   Notice of the Action issued on *Business Wire*, on July 28, 2025;

EXHIBIT E:   Firm Resume of Labaton.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of September, 2025

*/s/ Francis P. McConville*
Francis P. McConville