**Exhibit A**

## CERTIFICATION

I, Amy Wojciechowski, as Plan Administrator of Local 705 International Brotherhood of Teamsters Pension Fund ("Teamsters Local 705"), hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification on behalf of Teamsters Local 705.  I have reviewed a complaint filed against Lockheed Martin Corporation ("Lockheed") alleging violations of the federal securities laws, and authorize the filing of this motion for lead plaintiff appointment;

2.      Teamsters Local 705 did not purchase securities of Lockheed at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      Teamsters Local 705 is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  Teamsters Local 705 fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.      Teamsters Local 705's transactions in Lockheed securities during the Class Period are reflected in Exhibit A, attached hereto;

5.      Teamsters Local 705 has not sought to serve as a lead plaintiff or representative party in any class actions filed under the federal securities laws during the last three years;

6.      Beyond its pro rata share of any recovery, Teamsters Local 705 will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 25th day of September, 2025.

Amy Wojciechowski
Plan Administrator
Local 705 International Brotherhood of
Teamsters Pension Fund

2

## EXHIBIT A

## TRANSACTIONS IN LOCKHEED MARTIN CORPORATION COMMON STOCK

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 07/25/24 | 2,556 | $522.4469 | ($1,335,374) |
| Sales | 08/07/24 | (343) | $542.8551 | $186,199 |
| Sales | 09/05/24 | (134) | $569.1880 | $76,271 |
| Sales | 10/29/24 | (145) | $551.2389 | $79,930 |
| Purchases | 12/12/24 | 458 | $492.8918 | ($225,744) |
| Sales | 02/07/25 | (2,222) | $446.5186 | $992,164 |
| Sales | 02/10/25 | (170) | $443.1435 | $75,334 |

# CERTIFICATION

I, Daniel J. Greene, as Executive Director of New England Teamsters Pension Fund ("New England Teamsters"), hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification on behalf of New England Teamsters.  I have reviewed a complaint filed against Lockheed Martin Corporation ("Lockheed") alleging violations of the federal securities laws, and authorize the filing of this motion for lead plaintiff appointment;

2.      New England Teamsters did not purchase securities of Lockheed at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      New England Teamsters is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  New England Teamsters fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.      New England Teamsters' transactions in Lockheed securities during the Class Period are reflected in Exhibit A, attached hereto;

5.      New England Teamsters sought to serve and was appointed as a lead plaintiff in the following class actions filed under the federal securities laws during the last three years:

> *Erie County Employees' Retirement System v. Cutera, Inc.*, No. 5:23-cv-02560 (N.D. Cal.)
> *New England Teamsters Pension Fund v. RTX Corporation*, No. 3:23-cv-1274 (D. Conn.)

6.      New England Teamsters is currently serving as a representative party on behalf of a class in the following action under the federal securities laws filed during the last three years:

> *New England Teamsters Pension Fund v. West Pharmaceutical Services, Inc.*, No. 2:25-cv- 02285 (E.D. Pa.)
> *New England Teamsters Pension Fund v. The Trade Desk, Inc.*, No. 2:25-cv-1936 (C.D. Cal.)
> *In re Agilon Health, Inc. Securities Litigation*, No. 1:24-cv-0297 (W.D. Tex.)

7.      Beyond its pro rata share of any recovery, New England Teamsters will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this __24__ day of September, 2025.

Daniel J. Greene
Executive Director
New England Teamsters Pension Fund

2

## EXHIBIT A

## TRANSACTIONS IN LOCKHEED MARTIN CORPORATION SECURITIES

### Lockheed Martin Corporation Stock Transactions

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Sales | 05/28/2024 | (100) | $458.4800 | $45,848.00 |
| Sales | 06/27/2024 | (100) | $467.1300 | $46,713.00 |
| Sales | 06/28/2024 | (39) | $467.1000 | $18,216.90 |
| Sales | 07/29/2024 | (139) | $527.6400 | $73,341.96 |
| Sales | 08/12/2024 | (64) | $556.9100 | $35,642.24 |
| Purchases | 09/04/2024 | 148 | $574.7800 | ($85,067.44) |
| Purchases | 09/17/2024 | 100 | $567.0100 | ($56,701.00) |
| Purchases | 09/30/2024 | 100 | $584.5600 | ($58,456.00) |
| Purchases | 10/25/2024 | 100 | $562.2900 | ($56,229.00) |
| Purchases | 10/25/2024 | 100 | $562.2900 | ($56,229.00) |
| Purchases | 11/27/2024 | 100 | $525.7500 | ($52,575.00) |
| Sales | 12/20/2024 | (57) | $489.0200 | $27,874.14 |
| Purchases | 01/03/2025 | 85 | $481.8200 | ($40,954.70) |
| Purchases | 01/30/2025 | 100 | $459.6500 | ($45,965.00) |
| Purchases | 02/28/2025 | 100 | $450.3700 | ($45,037.00) |
| Sales | 03/21/2025 | (33) | $439.7000 | $14,510.10 |
| Purchases | 03/28/2025 | 100 | $441.4900 | ($44,149.00) |
| Purchases | 04/29/2025 | 200 | $475.8800 | ($95,176.00) |
| Purchases | 05/06/2025 | 100 | $468.2100 | ($46,821.00) |

### Lockheed Martin Corporation Bond Transactions (4.450% Note due 5/15/2028)

| Transaction Type | Trade Date | Par Value | Transaction Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 09/03/2024 | 3,100,000 | $101.1690 | ($3,136,239.00) |

1