**Exhibit B**

**LOSS ANALYSIS**
**Filed Class Period: 1/23/24 - 7/21/25**

**Lockheed Martin Corporation**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price [1] |
|---|---|---|---|---|
| LMT | 539830109 | US5398301094 | 2522096 | $448.3283 |

**Local 705 International Brotherhood of Teamsters Pension Fund**

**LIFO**

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 07/25/24 | 2,556 | $522.4469 | ($1,335,374.28) |
| Purchases | 12/12/24 | 458 | $492.8918 | ($225,744.44) |
| *Class Period Purchases:* | | *3,014* | | *($1,561,118.72)* |
| | | | | |
| *Class Period Sales that match to Pre-Class Period:* | | *0* | | *$0.00* |
| Sales | 08/07/24 | -343 | $542.8551 | **$186,199.30** |
| Sales | 09/05/24 | -134 | $569.1880 | **$76,271.19** |
| Sales | 10/29/24 | -145 | $551.2389 | **$79,929.64** |
| Sales | 02/07/25 | -2,222 | $446.5186 | **$992,164.33** |
| Sales | 02/10/25 | -170 | $443.1435 | **$75,334.40** |
| *Class Period Sales that match to Class Period Purchases:* | | *-3,014* | | *$1,409,898.86* |
| | | | | |
| | Shares Held: | 0 | $448.3283 | $0.00 |

| | |
|---|---|
| **LIFO Gain/(Loss):** | **($151,219.86)** |

| | |
|---|---|
| Total Shares Bought: | 3,014 |
| Total Net Shares: | 0 |
| Total Net Expenditures: | ($151,219.86) |

[1] *Value of shares held is the mean trading price from 07/22/25 - 09/26/25.*

**LOSS ANALYSIS**
**Filed Class Period:  1/23/24 - 7/21/25**

**Lockheed Martin Corporation**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price [1] |
|---|---|---|---|---|
| LMT | 539830109 | US5398301094 | 2522096 | $448.3283 |

**New England Teamsters Pension Fund**

**LIFO**

| Transaction Type | Trade Date | Shares | Share Price | Cost/Proceeds |
|---|---|---|---|---|
| Purchases | 09/04/24 | 148 | $574.7800 | ($85,067.44) |
| Purchases | 09/17/24 | 100 | $567.0100 | ($56,701.00) |
| Purchases | 09/30/24 | 100 | $584.5600 | ($58,456.00) |
| Purchases | 10/25/24 | 100 | $562.2900 | ($56,229.00) |
| Purchases | 10/25/24 | 100 | $562.2900 | ($56,229.00) |
| Purchases | 11/27/24 | 100 | $525.7500 | ($52,575.00) |
| Purchases | 01/03/25 | 85 | $481.8200 | ($40,954.70) |
| Purchases | 01/30/25 | 100 | $459.6500 | ($45,965.00) |
| Purchases | 02/28/25 | 100 | $450.3700 | ($45,037.00) |
| Purchases | 03/28/25 | 100 | $441.4900 | ($44,149.00) |
| Purchases | 04/29/25 | 200 | $475.8800 | ($95,176.00) |
| Purchases | 05/06/25 | 100 | $468.2100 | ($46,821.00) |
| *Class Period Purchases:* | | *1,333* | | *($683,360.14)* |
| | | | | |
| Sales | 05/28/24 | -100 | $458.4800 | $45,848.00 |
| Sales | 06/27/24 | -100 | $467.1300 | $46,713.00 |
| Sales | 06/28/24 | -39 | $467.1000 | $18,216.90 |
| Sales | 07/29/24 | -139 | $527.6400 | $73,341.96 |
| Sales | 08/12/24 | -64 | $556.9100 | $35,642.24 |
| *Class Period Sales that match to Pre-Class Period:* | | *-442* | | *$219,762.10* |
| Sales | 12/20/24 | -57 | $489.0200 | $27,874.14 |
| Sales | 03/21/25 | -33 | $439.7000 | $14,510.10 |
| *Class Period Sales that match to Class Period Purchases:* | | *-90* | | *$42,384.24* |
| | | | | |
| | Shares Held: | 1,243 | $448.3283 | $557,272.08 |

| | |
|---|---|
| **LIFO Gain/(Loss):** | **($83,703.82)** |

| | |
|---|---|
| Total Shares Bought: | 1,333 |
| Total Net Shares: | 801 |
| Total Net Expenditures: | ($421,213.80) |

[1] *Value of shares held is the mean trading price from 07/22/25 - 09/26/25.*

**LOSS ANALYSIS**
**Filed Class Period:  1/23/24 - 7/21/25**

**Lockheed Martin Corporation**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price [1] |
|---|---|---|---|---|
| LMT 4.450% 05/15/2028 | 539830BZ1 | US539830BZ19 | BRJVGF9 | $101.1478 |

**New England Teamsters Pension Fund**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Par Value** | **Transaction Price** | **Cost/Proceeds** |
| Purchases | 09/03/24 | 3,100,000 | 101.1690% of Par Value | ($3,136,239.00) |
| *Class Period Purchases:* | | *3,100,000* | | *($3,136,239.00)* |
| | | | | |
| *Class Period Sales that match to Pre-Class Period:* | | *0* | | *$0.00* |
| | | | | |
| *Class Period Sales that match to Class Period Purchases:* | | *0* | | *$0.00* |
| | Bonds Held: | 3,100,000 | $101.1478 | $3,135,582.19 |

| | |
|---|---|
| **LIFO Gain/(Loss):** | **($656.81)** |

| | |
|---|---|
| Total Bonds Bought: | 3,100,000 |
| Total Net Bonds: | 3,100,000 |
| Total Net Expenditures: | ($3,136,239.00) |

| | |
|---|---|
| **AGGREGATE (ALL SECURITIES) TOTAL LIFO (LOSS):** | **($235,580.50)** |

[1] *Value of bonds held is the mean trading price from 07/22/25 - 09/26/25.*