# Exhibit 3

**Lockheed Martin Corporation**
**Class Period: January 23, 2024 through July 21, 2025**

**Lookback Price**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 447.4961702 |
| Salmon, Emmanuel | 11/26/2024 | 600 | ($524.41) | ($314,646.00) | | | | | 600 | $268,497.70 | ($46,148.30) | |