UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MUHAMMAD KHAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION, JAMES D. TAICLET, EVAN T. SCOTT, and JESUS MALAVE,<br><br>Defendants. | Case No.  1:25-cv-06197-MMG |

NOTICE OF MOTION OF ROBERT O. CATCHING-POTTER FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

**TO:**   **ALL PARTIES AND THEIR COUNSEL OF RECORD**

   **PLEASE TAKE NOTICE** that Robert O. Catching-Potter ("Catching-Potter"), by and through his counsel, will and does hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for the entry of an Order: (1) appointing Catching-Potter as Lead Plaintiff on behalf of a class (the "Class") consisting of persons and entities that purchased or otherwise acquired Lockheed Martin Corporation securities between January 23, 2024 and July 21, 2025, inclusive; and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

Dated:  September 26, 2025

Respectfully submitted,

POMERANTZ LLP

*/s/ J. Alexander Hood II*
J. Alexander Hood II
Jeremy A. Lieberman
James M. LoPiano
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
ahood@pomlaw.com
jalieberman@pomlaw.com
jlopiano@pomlaw.com

*Counsel for Robert O. Catching-Potter and*
*Proposed Lead Counsel for the Class*

1