UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

MUHAMMAD KHAN, Individually and on
Behalf of All Others Similarly Situated,

       Plaintiff,

   vs.

LOCKHEED MARTIN CORPORATION,
JAMES D. TAICLET, EVAN T. SCOTT, and
JESUS MALAVE,

       Defendants.

---------------------------------------------------------- x

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No. 1:25-cv-06197-MMG

CLASS ACTION

NOTICE OF MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF LEAD PLAINTIFF'S
SELECTION OF LEAD COUNSEL

4932-6044-1197.v1

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that class member and proposed lead plaintiff Employer-Teamsters Local Nos. 175 & 505 Pension Trust Fund (the "Pension Trust Fund"), will move on a date and time to be determined, in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, for an order appointing the Pension Trust Fund as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, *et seq.*, and approving the Pension Trust Fund's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the proposed class.  In support of this Motion, the Pension Trust Fund submits the accompanying Memorandum of Law, the Declaration of David A. Rosenfeld, and a [Proposed] Order.

DATED:  September 26, 2025

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
ROBERT M. ROTHMAN

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
rrothman@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

- 1 -

4932-6044-1197.v1