# EXHIBIT C

Financial Interest Analysis

**Company Name:** Lockheed Martin Corporation
**Ticker:** LMT
**Class Period:** January 23, 2024 and July 21, 2025
**Name:** Ian R. Bennett

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 10/8/2024 | 128 | $607.83 | -$77,802.24 | | $0.00 | -$77,802.24 |
| 10/22/2024 | 128 | $578.89 | -$74,097.92 | | $0.00 | -$74,097.92 |
| **Shares Retained:** | **256** | | | | **Subtotal:** | **-$151,900.16** |
| | | | **90-Day Average Price** | | **90-Day Average:** | $114,128.95 |
| | | | $445.8162 | | **Total:** | **-$37,771.21** |

<u>Notes</u>

The 90-Day Average Price used in this financial interest analysis is the average closing price between July 22, 2025 and September 23, 2025.