UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ——————————————————— x | | |
| MUHAMMAD KHAN, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:25-cv-06197-MMG |
| | : | |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| | : | |
| | : | DECLARATION OF DAVID A. |
| vs. | : | ROSENFELD IN SUPPORT OF MOTION |
| | : | FOR APPOINTMENT AS LEAD |
| LOCKHEED MARTIN CORPORATION, | : | PLAINTIFF AND APPROVAL OF LEAD |
| JAMES D. TAICLET, EVAN T. SCOTT, and | : | PLAINTIFF'S SELECTION OF LEAD |
| JESUS MALAVE, | : | COUNSEL |
| | : | |
| Defendants. | : | |
| | : | |
| ——————————————————— x | | |

4916-0093-8349.v1

I, DAVID A. ROSENFELD, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel for lead plaintiff movant Employer-Teamsters Local Nos. 175 & 505 Pension Trust Fund (the "Pension Trust Fund") and proposed lead counsel for the class in the above-captioned securities class action.  I make this declaration in support of the Pension Trust Fund's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Notice of pendency of class action published on *Business Wire,* a national business-oriented wire service, on July 28, 2025;

Exhibit B:      The Pension Trust Fund's Sworn Certification; and

Exhibit C:      Chart of the Pension Trust Fund's estimated losses, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 26th day of September, 2025.

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

- 1 -

4916-0093-8349.v1