# EXHIBIT C

Movant's Purchases and Losses                 Class Period: 01/23/2024 - 07/21/2025                                    Lockheed Martin Corp.

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Employer-Teamsters Local Nos. 175 & 505** | | | | | | | | | |
| **Pension Trust Fund** | 03/10/2025 | 1,351 | $489.76 | $661,665.90 | held | 2,556 | $448.33 | $1,145,925.09 | |
| | 03/13/2025 | 1,205 | $466.24 | $561,819.20 | | | | | |
| **Movant's Total** | | **2,556** | | **$1,223,485.10** | | **2,556** | | **$1,145,925.09** | **($77,560.01)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price
 during the 90 calendar days after the end of the class period.  The price used is $448.33 as of September 26, 2025 for common stock.

Prices listed are rounded up to two decimal places.