# EXHIBIT A

**Lockheed Martin Corporation (LMT)**
**Class Period: January 23, 2024 to July 21, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 66-Days* Mean Price $447.5015 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert O. Catching-Potter | 9/6/2024 | 1.0000 | $567.0000 | ($567) | 7/28/2025 | (44.0000) | $422.4062 | $18,586 | | | | |
| Robert O. Catching-Potter | 12/27/2024 | 0.0067 | $491.1982 | ($3) | | | | | | | | |
| Robert O. Catching-Potter | 3/28/2025 | 0.0075 | $441.2790 | ($3) | | | | | | | | |
| Robert O. Catching-Potter | 6/23/2025 | 44.0000 | $472.5000 | ($20,790) | | | | | | | | |
| Robert O. Catching-Potter | 6/27/2025 | 0.0073 | $457.7350 | ($3) | | | | | | | | |
| **Robert O. Catching-Potter** | | **45.0215** | | **($21,367)** | | **(44.0000)** | | **$18,586** | **45.0215** | **1.0215** | **$457** | **($2,324)** |

*Avg Closing Prices from July 22, 2025 to September 25, 2025