UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUHAMMAD KHAN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>LOCKHEED MARTIN CORPORATION, JAMES D. TAICLET, EVAN T. SCOTT, and JESUS MALAVE,<br><br>　　　　　　　　　　　　　Defendants. | No. 1:25-cv-06197-MMG<br><br>Judge Margaret M. Garnett<br><br><u>CLASS ACTION</u> |

**JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER
FOR AMENDED COMPLAINT AND ANY RESPONSE THERETO**

Lead Plaintiffs Local 705 International Brotherhood of Teamsters Pension Fund and New England Teamsters Pension Fund (collectively, "Lead Plaintiffs") and Defendants Lockheed Martin Corporation, James D. Taiclet, Evan T. Scott, and Jesus Malave (collectively, "Defendants" and, together with Lead Plaintiffs, the "Parties"), by and through their undersigned counsel, submit the following joint stipulation and proposed order:

WHEREAS, on July 28, 2025, the above-captioned securities class action was commenced against Defendants through the filing of an initial complaint (ECF No. 1);

WHEREAS, on October 24, 2025, the Court granted Lead Plaintiffs' motion for appointment as Lead Plaintiffs and approval of their selection of Labaton Keller Sucharow LLP as Lead Counsel (the "Order") (ECF No. 43);

WHEREAS, the Order further directed the Parties to jointly submit a proposed schedule on or before November 7, 2025, for (i) filing an amended or consolidated complaint, (ii) Defendants' response to an amended or consolidated complaint, and (iii) all associated briefing (ECF No. 10);

WHEREAS, Lead Plaintiffs intend to file an amended complaint (the "Amended Complaint") and have represented that their investigation related thereto will involve substantial fact finding;

WHEREAS, Defendants intend to file a motion to dismiss the Amended Complaint ("Motion to Dismiss");

WHEREAS, the parties have conferred and agreed, subject to the Court's approval, to a schedule for the filing of the Amended Complaint and briefing for Defendants' anticipated Motion to Dismiss;

IT IS HEREBY STIPULATED AND AGREED among the Parties, and respectfully submitted for the Court's approval, as follows:

1. Lead Plaintiffs shall file an Amended Complaint on or before January 12, 2026;

2. Defendants will answer, move, or otherwise respond to the Amended Complaint on or before March 13, 2026;

3. In the event Defendants move to dismiss the Amended Complaint, Lead Plaintiffs may file an opposition to Defendants' Motion to Dismiss on or before April 27, 2026;

4. In the event Lead Plaintiffs file an opposition to Defendants' Motion to Dismiss, Defendants may file their reply on or before May 27, 2026; and

5. The present stipulation is entered into without prejudice to or waiver of any rights, arguments, defenses, or other objections of the Parties.

IT IS SO STIPULATED.

DATED: November 6, 2025                    Respectfully submitted,

/s/ James T. Christie
**LABATON KELLER SUCHAROW LLP**
Michael P. Canty
James T. Christie
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mcanty@labaton.com
jchristie@labaton.com

*Counsel for Lead Plaintiffs*

/s/ Daniel J. Kramer
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Daniel J. Kramer

                                      Audra J. Soloway
                                      Daniel S. Sinnreich
                                      1285 Avenue of the Americas
                                      New York, NY 10019-6064
                                      Tel: (212) 373-3020
                                      Fax: (212) 492-0020
                                      dkramer@paulweiss.com
                                      asoloway@paulweiss.com
                                      dsinnreich@paulweiss.com

                                      *Counsel for Defendants*

**IT IS SO ORDERED.**

_____                     _____
Date                                                                   The Honorable Margaret M. Garnett
                                                                    United States District Judge
                                                                    Southern District of New York