UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUHAMMAD KHAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>LOCKHEED MARTIN CORPORATION, JAMES D. TAICLET, EVAN T. SCOTT, and JESUS MALAVE,<br><br>                  Defendants. | No. 1:25-cv-06197-MMG<br><br>Judge Margaret M. Garnett<br><br><u>CLASS ACTION</u> |

**JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER
FOR AMENDED COMPLAINT AND ANY RESPONSE THERETO**

Lead Plaintiffs Local 705 International Brotherhood of Teamsters Pension Fund and New England Teamsters Pension Fund (collectively, "Lead Plaintiffs") and Defendants Lockheed Martin Corporation, James D. Taiclet, Evan T. Scott, and Jesus Malave (collectively, "Defendants" and, together with Lead Plaintiffs, the "Parties"), by and through their undersigned counsel, submit the following joint stipulation and proposed order:

WHEREAS, on July 28, 2025, the above-captioned securities class action was commenced against Defendants through the filing of an initial complaint (ECF No. 1);

WHEREAS, on October 24, 2025, the Court granted Lead Plaintiffs' motion for appointment as Lead Plaintiffs and approval of their selection of Labaton Keller Sucharow LLP as Lead Counsel (the "Order") (ECF No. 43);

WHEREAS, the Order further directed the Parties to jointly submit a proposed schedule on or before November 7, 2025, for (i) filing an amended or consolidated complaint, (ii) Defendants' response to an amended or consolidated complaint, and (iii) all associated briefing (ECF No. 10);

WHEREAS, Lead Plaintiffs intend to file an amended complaint (the "Amended Complaint") and have represented that their investigation related thereto will involve substantial fact finding;

WHEREAS, Defendants intend to file a motion to dismiss the Amended Complaint ("Motion to Dismiss");

WHEREAS, the parties have conferred and agreed, subject to the Court's approval, to a schedule for the filing of the Amended Complaint and briefing for Defendants' anticipated Motion to Dismiss;

IT IS HEREBY STIPULATED AND AGREED among the Parties, and respectfully submitted for the Court's approval, as follows:

1. Lead Plaintiffs shall file an Amended Complaint on or before January 12, 2026;

2. Defendants will answer, move, or otherwise respond to the Amended Complaint on or before March 13, 2026;

3. In the event Defendants move to dismiss the Amended Complaint, Lead Plaintiffs may file an opposition to Defendants' Motion to Dismiss on or before April 27, 2026;

4. In the event Lead Plaintiffs file an opposition to Defendants' Motion to Dismiss, Defendants may file their reply on or before May 27, 2026; and

5. The present stipulation is entered into without prejudice to or waiver of any rights, arguments, defenses, or other objections of the Parties.

IT IS SO STIPULATED.

DATED: November 6, 2025                       Respectfully submitted,

                                              /s/ James T. Christie
                                              **LABATON KELLER SUCHAROW LLP**
                                              Michael P. Canty
                                              James T. Christie
                                              140 Broadway
                                              New York, New York 10005
                                              Telephone: (212) 907-0700
                                              Facsimile: (212) 818-0477
                                              mcanty@labaton.com
                                              jchristie@labaton.com

                                              *Counsel for Lead Plaintiffs*

                                              /s/ Daniel J. Kramer
                                              **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
                                              Daniel J. Kramer

2

Audra J. Soloway
Daniel S. Sinnreich
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3020
Fax: (212) 492-0020
dkramer@paulweiss.com
asoloway@paulweiss.com
dsinnreich@paulweiss.com

*Counsel for Defendants*

**IT IS SO ORDERED.**

November 10, 2025
_____          _____
Date                            The Honorable Margaret M. Garnett
                                United States District Judge
                                Southern District of New York

3