UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

MUHAMMAD KHAN, Individually and on      :    Civil Action No. 1:25-cv-06197-MMG
Behalf of All Others Similarly Situated,

                                                           :    CLASS ACTION

                                 Plaintiff,            :

                                                           :    [PROPOSED] ORDER GRANTING
            vs.                                      :    MOTION FOR LEAVE TO WITHDRAW AS
                                                           :    COUNSEL
LOCKHEED MARTIN CORPORATION,
JAMES D. TAICLET, EVAN T. SCOTT, and   :
JESUS MALAVE,                                 :

                                                           :
                                 Defendants.

---------------------------------------------------------------- X

- 1 -

Upon consideration of the Motion for Leave to Withdraw as Counsel, and for good cause shown, it is HEREBY ORDERED THAT Samuel H. Rudman and David A. Rosenfeld of Robbins Geller Rudman & Dowd LLP are hereby withdrawn as counsel of record.  The Clerk of the Court is directed to remove the above-named attorneys and law firm from the docket as well as the ECF Service List.

IT IS SO ORDERED.

DATED:   12/17/2025

_____
THE HONORABLE MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

- 1 -