**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MUHAMMAD KHAN, Individually and on
Behalf of All Others Similarly Situated,

                Plaintiff,

    vs.

LOCKHEED MARTIN CORPORATION,
JAMES D. TAICLET, and JESUS MALAVE,

                Defendants.

No. 1:25-cv-06197-MMG

Judge Margaret M. Garnett

CLASS ACTION

**ORAL ARGUMENT REQUESTED**

**NOTICE OF LEAD PLAINTIFFS' MOTION TO STRIKE CERTAIN**
**EXHIBITS FROM DEFENDANTS' MOTION TO DISMISS THE**
**AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Lead Plaintiffs 705 International Brotherhood of Teamsters Pension Fund and New England Teamsters Pension Fund (collectively, "Lead Plaintiffs") shall move this Court, before the Honorable Margaret M. Garnett, United Sates District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time designated by the Court, for an order striking certain exhibits attached to the Declaration of Kristina A. Bunting (ECF No. 56), which were improperly submitted in support of Defendants' Motion to Dismiss the Amended Class Action Complaint (ECF No. 54), and for such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, in accordance with Local Rule 6.1(b), opposition papers to this motion shall be served "within 14 days after service of the moving papers," and reply papers shall be served "within seven days after service of the answering papers."

Dated: April 27, 2026                    Respectfully Submitted,

**LABATON KELLER SUCHAROW LLP**
By: */s/ Michael P. Canty*
Michael P. Canty
James T. Christie
Nicholas D. Manningham
140 Broadway
New York, New York 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477
mcanty@labaton.com
jchristie@labaton.com
nmanningham@labaton.com